UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | RE: **Esteban D. Salazar-Velasco**<br>     **Docket Number: 0972 2:17CR00043-001**<br>     <u>**PERMISSION TO TRAVEL**</u><br>     <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Esteban D. Salazar-Velasco is requesting permission to travel to Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 10, 2014, Esteban D. Salazar-Velasco was sentenced in the Eastern District of Pennsylvania for the offenses of 21 USC 846 – Conspiracy to Possess With the Intent to Distribute One Kilogram or More of Heroin and 500 Grams or More of Methamphetamine, and 21 USC 841(a)(1), (b)(1)(A) – Possession With the Intent to Distribute One Kilogram or More of Heroin and 500 Grams or More of Methamphetamine.

**Sentence Imposed:** 78 months in the custody of the Bureau of Prisons; 5 years Supervised Release; $200 Special Assessment; $2,500 Fine

**Dates and Mode of Travel:** The offender plans to travel by air to Guadalajara, Jalisco, Mexico, leaving on Friday, June 23, 2017, and returning on Monday, June 26, 2017.

**Purpose:** The offender's father passed away on Thursday, June 22, 2017. He is requesting travel to Mexico to be with his family following his father's death. This information verified by the offender's wife.

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:    Esteban D Salazar-Velasco
        Docket Number:  0972 2:17CR00043-001
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

*/s/ Wendy E. Reyes*

Wendy E. Reyes
United States Probation Officer

Dated:   June 23, 2017
         Elk Grove, California
         WER/sda

**REVIEWED BY:**     */s/ Ronnie Preap for*
                    **Brenda Barron-Harrell
                    Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**DATED:  June 23, 2017**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX