UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Morrison C. England, Jr.  RE: Esteban Salazar-Velasco
United States District Judge              Docket Number: 2:17CR00043--001
Sacramento, California                     **PERMISSION TO TRAVEL**
                                           **OUTSIDE THE COUNTRY**

Your Honor:

Esteban D. Salazar-Velasco is requesting permission to travel to Jalisco, Mexico. Esteban Salazar-Velasco is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 10, 2014, Esteban Salazar-Velasco was sentenced in the Eastern District of Pennsylvania for the offense(s) of 21 USC 846 – Conspiracy to Possess With the Intent to Distribute One Kilogram or More of Heroin and 500 Grams or More of Methamphetamine, and 21 USC 841(a)(1), (b)(1)(A) – Possession With the Intent to Distribute One Kilogram or More of Heroin and 500 Grams or More of Methamphetamine.

**Sentence Imposed:** 78 months in the custody of Bureau of Prisons; 5 years Supervised Release; $200 Special Assessment; $2,500 fine

**Dates and Mode of Travel:** The offender is requesting to travel from March 12, 2018, through March 23, 2018. He is going to drive a vehicle registered in his name, a 2015 Chevrolet, bearing license plate number 12537V1.

**Purpose:** The offender wants to visit his mother.

RE: Esteban Salazar-Velasco
    Docket Number: 2:17CR00043-001
    <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully submitted,

/s/ Adrian Garcia
ADRIAN GARCIA
United States Probation Officer

Dated:   February 27, 2018
          Fresno, California
          AG/dp

**REVIEWED BY:**    /s/ Tim D. Mechem
                         **TIM D. MECHEM**
                         **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**Date: March 9, 2018**

Deborah Barnes
**United States Magistrate Judge**