## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | **RE: Esteban Salazar-Velasco**<br>**Docket Number: 2:17CR00043-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Esteban D. Salazar-Velasco is requesting permission to travel to Villa Serena, Rosarito, Mexico. Esteban D. Salazar-Velasco is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 10, 2014, Esteban Salazar-Velasco was sentenced in the Eastern District of Pennsylvania for the offense(s) of 21 USC 846 – Conspiracy to Possess With the Intent to Distribute One Kilogram or More of Heroin and 500 Grams or More of Methamphetamine, and 21 USC 841(a)(1), (b)(1)(A) – Possession With the Intent to Distribute One Kilogram or More of Heroin and 500 Grams or More of Methamphetamine.

**Sentence Imposed:** 78 months in the custody of Bureau of Prisons; 5 years Supervised Release; $200 Special Assessment; $2,500 fine

**Dates and Mode of Travel:** The offender is requesting to travel from November 22, 2018, through November 24, 2018. He will be driving a vehicle registered in his name, a 2015 Chevrolet, bearing license plate number 12537V1.

**Purpose:** Family vacation.

**RE:** Esteban D. Salazar-Velasco
Docket Number: 2:17CR00043-001
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

ADRIAN GARCIA
United States Probation Officer

Dated: November 8, 2018
Fresno, California
AG/dp

**REVIEWED BY:** *Tim D. Mechem*
**TIM D. MECHEM**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved ☐ Disapproved

**DATED: November 20, 2018**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE