UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | RE: **Esteban D. Salazar-Velasco**<br>**Docket Number: 2:17CR00043-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Esteban D. Salazar-Velasco is requesting permission to travel to Cancun, Mexico. Esteban D. Salazar-Velasco is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 10, 2014, Esteban D. Salazar-Velasco was sentenced in the Eastern District of Pennsylvania for the offense(s) of 21 USC 846 – Conspiracy to Possess With the Intent to Distribute One Kilogram or More of Heroin and 500 Grams or More of Methamphetamine, and 21 USC 841(a)(1), (b)(1)(A) – Possession With the Intent to Distribute One Kilogram or More of Heroin and 500 Grams or More of Methamphetamine (Class C Felony).

**Sentence Imposed:** 78 months custody in the Bureau of Prisons; 5 years Supervised Release; $200 Special Assessment; $2,500 fine.

**Dates and Mode of Travel:** The offender is requesting to travel from July 8, 2019, through July 14, 2019. He will be flying via Volaris Airlines.

**Purpose:** Family vacation.

1

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:** Esteban D. Salazar-Velasco
Docket Number: 2:17CR00043-001
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

ADRIAN GARCIA
United States Probation Officer

Dated: May 7, 2019
Fresno, California
AG/rv

**REVIEWED BY:** /s/ Brian J. Bedrosian

**Brian J. Bedrosian**
**Deputy Chief United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

Dated: May 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE